UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| SAUL WHITTAKER | CIVIL ACTION |
| VERSUS | NO. 06-3420 |
| DOC SECRETARY, RICHARD L. STALDER | SECTION "M"(6) |

**O R D E R**

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, as well as objections filed by plaintiff[1]; hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that the petition of Saul Whittaker for issuance of a writ of habeas corpus under 28 U.S.C. § 2254 be **DENIED** and **DISMISSED WITH PREJUDICE**.

New Orleans, Louisiana, this __5th__ day of __March__, 2009.

_____
UNITED STATES DISTRICT JUDGE

---

[1] Plaintiff's objections were considered by this Court, although not timely filed.